**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RODGER WEIBLE, | : | No. 122 WAL 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WILLIAM P. WELLS AND ELIZABETH | : | |
| LOUISE WELLS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.